IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 13-cv-02127-WJM-BNB

CITIZEN AWARENESS PROJECT, INC.,

Plaintiff,

v.

INTERNAL REVENUE SERVICE, and
UNITED STATES OF AMERICA,

Defendants.
_____

**ORDER**
_____

Good cause having been shown, IT IS ORDERED:

(1) The **Unopposed Motion for a Stay In Light of Lapse of Appropriations** [Doc. # 9, filed 10/9/2013] is GRANTED as specified;

(2) The scheduling conference set to occur on November 25, 2013, at 9:30 a.m., is VACATED; and

(3) At the earlier of (i) ten days after appropriations are restored to the Department of Justice or (ii) December 2, 2013, the parties shall file a status report addressing the status of the case and those pretrial matters which should be scheduled.

Dated October 10, 2013.

BY THE COURT:

 s/ Boyd N. Boland
United States Magistrate Judge