IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 13-cv-02127-WJM-BNB

CITIZEN AWARENESS PROJECT, INC.,

Plaintiff,

v.

UNITED STATES OF AMERICA,

Defendant.

---

## ORDER

---

This matter arises on the **Stipulated Motion to Withdraw Plaintiff's Jury Demand** [Doc. # 16, filed 11/18/2013], which the defendant does not oppose and to which it consents.

IT IS ORDERED that the Stipulated Motion to Withdraw Plaintiff's Jury Demand [Doc. # 16] is GRANTED; the plaintiff's jury demand is deemed withdrawn; and this case shall be tried to the court.

Dated November 19, 2013.

BY THE COURT:

s/ Boyd N. Boland
United States Magistrate Judge