IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-02127-WJM-BNB

CITIZEN AWARENESS PROJECT, INC.,

Plaintiff,

v.

UNITED STATES OF AMERICA,

Defendant.

_____

## MINUTE ORDER
_____

**Minute Order Entered by Magistrate Judge Boyd N. Boland**

This matter is before the Court on the **Joint Motion to Modify Scheduling Order and Vacate Final Pretrial Conference** [docket no. 29, filed August 25, 2014] (the "Motion").

IT IS ORDERED that the Motion is GRANTED.  The discovery cut-off is extended to and including **October 29, 2014**.  The dispositive motions deadline is extended to and including **December 1, 2014**.

IT IS FURTHER ORDERED that the Pretrial Conference set for December 15, 2014, is **vacated and reset to March 4, 2015, at 9:00 a.m.,** in Courtroom A-401, Fourth Floor, Alfred A. Arraj United States Courthouse, 901 19th Street, Denver, Colorado 80294.  The proposed Pretrial Order, submitted pursuant to District of Colorado ECF Procedures V.6, is due on or before **February 25, 2015**.  Please remember that anyone seeking entry into the Alfred A. Arraj United States Courthouse will be required to show a valid photo identification.  See D.C.COLO.LCivR 83.2(b).

DATED:  August 25, 2014