IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 13-cv-02127-WJM-BNB

CITIZEN AWARENESS PROJECT, INC.,

Plaintiff,

v.

UNITED STATES OF AMERICA,

Defendant.

---

# ORDER

---

This matter arises on **Plaintiff's Motion to Compel** [Doc. # 32, filed 9/19/2014] (the "Motion to Compel"). I held a hearing on the motion this morning and made rulings on the record, which are incorporated here.

IT IS ORDERED that the Motion to Compel [Doc. # 32] is GRANTED.

Dated October 14, 2014.

BY THE COURT:

s/ Boyd N. Boland
United States Magistrate Judge