IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**MAGISTRATE JUDGE NINA Y. WANG**

Civil Action:   13-cv-02127-WJM-NYW         Date: March 4, 2015
Courtroom Deputy:   Brandy Simmons           FTR: NYW COURTROOM C-205

| *Parties* | *Counsel* |
|---|---|
| CITIZEN AWARENESS PROJECT, INC., | *John Stuart Zakhem* |
| | *Shawn Toomey Sheehy (via telephone)* |
| **Plaintiff,** | |
| v. | |
| UNITED STATES OF AMERICA, | *Mara Anne Strier* |
| | *Paul Andrew Allulis* |
| **Defendant.** | |

## COURTROOM MINUTES

**FINAL PRETRIAL CONFERENCE**

Court in Session:  9:02 a.m.

Appearance of counsel.

Parties review the Proposed Final Pretrial Order [50] submitted on February 25, 2015.

Parties discuss trial practices of Judge William J. Martinez. Parties anticipate a three-day or one-day trial to the Court, depending upon the Court's procedure with respect to deposition testimony.

**ORDERED:   Pretrial Order is approved and filed with the corrections made of record**.

Court in Recess:  9:08 a.m.     Hearing concluded.     Total time in Court:  00:06

* To obtain a transcript of this proceeding, please contact Avery Woods Reporting at (303) 825-6119.